**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____     Chapter    **12**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Lakeview Vineyards, LLC** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) |

**46-5170966**

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **7707 Lincoln Avenue**<br>**Baroda, MI 49101**<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Berrien**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Lakeview Vineyards, LLC**                                          Case number (*if known*) _____
   Name

**7.**   **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

 ____

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

 ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

 ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

 ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

 ☐ A plan is being filed with this petition.

 ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

 ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

 ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☑ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District _____ | When _____ | | Case number _____ |
| | District _____ | When _____ | | Case number _____ |

**10.**   **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☑ Yes.

Debtor  **Lakeview Vineyards, LLC**　　　　　　　　　　　　　　　　Case number (*if known*) _____
　　　　　　Name

| | | | | |
|---|---|---|---|---|
| List all cases. If more than 1, attach a separate list | Debtor | **Arrowhead Vineyards, LLC** | Relationship | **Affiliate** |
| | District | **Western District of Michigan** | When **1/15/26** | Case number, if known **26-00121-swd** |

**11. Why is the case filed in *this district*?**　　　*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　　　　　　　　　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.　Insurance agency _____
　　　　　Contact name _____
　　　　　Phone _____

---

**▮ Statistical and administrative information**

**13. Debtor's estimation of available funds**　.　*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Lakeview Vineyards, LLC**                                    Case number (*if known*) _____
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 25, 2026**
                MM / DD / YYYY

**X** **/s/ Daniel Nitz**                                    **Daniel Nitz**
Signature of authorized representative of debtor             Printed name

Title   **Member**

**18. Signature of attorney**

**X** **/s/ Greg J. Ekdahl**                          Date   **February 25, 2026**
Signature of attorney for debtor                             MM / DD / YYYY

**Greg J. Ekdahl P67768**
Printed name

**Keller & Almassian, PLC**
Firm name

**230 East Fulton**
**Grand Rapids, MI 49503**
Number, Street, City, State & ZIP Code

Contact phone   **616-364-2100**         Email address   **ecf@kalawgr.com**

**P67768 MI**
Bar number and State

**Fill in this information to identify the case:**

Debtor name      **Lakeview Vineyards, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■  *Schedule H: Codebtors* (Official Form 206H)
- ■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐  Amended *Schedule*
- ☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 25, 2026**          X **/s/ Daniel Nitz**
                                             Signature of individual signing on behalf of debtor

                                             **Daniel Nitz**
                                             Printed name

                                             **Member**
                                             Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Lakeview Vineyards, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................ $    **10,379,784.02**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................ $    **9,253.69**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................. $    **10,389,037.71**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $    **8,653,149.02**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $    **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$    **0.00**

4. **Total liabilities** ................................................................................
Lines 2 + 3a + 3b                    $    **8,653,149.02**

**Fill in this information to identify the case:**

Debtor name **Lakeview Vineyards, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**  **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Horizon Bank** | **Checking Account** | 3336 | $313.69 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $313.69 |
|---|---|

**Part 2:**  **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**  **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**  **Investments**

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

Debtor    **Lakeview Vineyards, LLC**
_____     Case number *(If known)* _____
Name

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **7077 Lincoln Ave Baroda, MI 49101 Parcel No. 02-0001-0007-05 Value based on 8/2025 appraisal. 6 acres at $8500 each, plus $443,244 in improvements** | Fee Owner | $0.00 | Appraisal | $494,244.00 |

Debtor  **Lakeview Vineyards, LLC**                                Case number *(If known)* _____
       <sub>Name</sub>

| | | | | | | |
|---|---|---|---|---|---|---|
| 55.2. | **VL Hollywood Road**<br>**Berrien Springs, MI**<br>**49103**<br>**Parcel No.**<br>**02-0012-0019-07-0**<br>**Value based on**<br>**8/2025 appraisal.**<br>**19 acres at $8500**<br>**each** | | Fee Owner | | $0.00 | Appraisal | $161,500.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 55.3. | **746 E. Hinchman**<br>**Road**<br>**Berrien Springs, MI**<br>**49103**<br>**Parcel No.**<br>**15-0007-0001-00-6**<br>**Value based on**<br>**8/2025 appraisal.**<br>**46 acres at $8500**<br>**each** | | Fee Owner | | $0.00 | Appraisal | $391,000.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 55.4. | **811 E. Lemon Creek**<br>**Road**<br>**Berrien Springs, MI**<br>**49103**<br>**Parcel No.**<br>**15-0007-0005-04-4**<br>**Value based on**<br>**8/2025 appraisal.**<br>**48 acres at $8500**<br>**each**<br>**[Chemical building]** | | Fee Owner | | $0.00 | Appraisal | $408,000.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 55.5. | **8589 Hollywood**<br>**Road**<br>**Berrien Springs, MI**<br>**49103**<br>**Parcel No.**<br>**15-0007-0008-02-7**<br>**Value based on**<br>**8/2025 appraisal.**<br>**56 acres at $8500**<br>**each, plus** | | Fee Owner | | $0.00 | Appraisal | $476,000.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 55.6. | **8653 Hollywood**<br>**Road**<br>**Berrien Springs, MI**<br>**49103**<br>**Parcel No.**<br>**15-0007-0009-00-7**<br>**Value based on**<br>**8/2025 appraisal.**<br>**18 acres at $8500**<br>**each, plus $158,019**<br>**in improvements** | | Fee Owner | | $0.00 | Appraisal | $311,019.00 |

Debtor **Lakeview Vineyards, LLC**                 Case number *(If known)* _____
Name

| | | | | |
|---|---|---|---|---|
| 55.7. | **VL Scottdale Road**<br>**Berrien Springs, MI**<br>**49103**<br>**Parcel No.**<br>**15-0008-0002-05-1**<br>**Value based on**<br>**8/2025 appraisal.**<br>**16 acres at $8500**<br>**each** | Fee Owner | $0.00 | Appraisal | $136,000.00 |
| 55.8. | **VL E. Lemon Creek**<br>**Road**<br>**Berrien Springs, MI**<br>**49103**<br>**Parcel No.**<br>**15-0008-0025-02-7**<br>**Value based on**<br>**8/2025 appraisal.**<br>**38 acres at $8500**<br>**each** | Fee Owner | $0.00 | Appraisal | $323,000.00 |
| 55.9. | **VL E. Hinchman**<br>**Road**<br>**Berrien Springs, MI**<br>**49103**<br>**Parcel No.**<br>**15-0009-0007-01-9**<br>**Value based on**<br>**8/2025 appraisal.**<br>**41 acres at $8500**<br>**each** | Fee Owner | $0.00 | Appraisal | $348,500.00 |
| 55.10. | **VL Garr Road**<br>**Berrien Springs, MI**<br>**49103**<br>**Parcel No.**<br>**15-0009-0007-03-5**<br>**Value based on**<br>**8/2025 appraisal.**<br>**4 acres at $8500 each** | Fee Owner | $0.00 | Appraisal | $34,000.00 |
| 55.11. | **VL Garr Road**<br>**Berrien Springs, MI**<br>**49103**<br>**Parcel No.**<br>**15-0009-0007-05-01**<br>**Value based on**<br>**8/2025 appraisal.**<br>**15 acres at $8500**<br>**each** | Fee Owner | $0.00 | Appraisal | $127,500.00 |

Debtor   **Lakeview Vineyards, LLC**　　　　　　　　　　Case number *(If known)* _____
　　　　　Name

| | | | | | |
|---|---|---|---|---|---|
| 55.12. | **1800 E. Lemon Creek Road Berrien Springs, MI 49103 Parcel No. 15-0016-0001-03-0 Value based on 8/2025 appraisal. 7 acres at $8500 each [Detached 4 car garage, wooden barn, pole barn]** | Fee Owner | $0.00 | Appraisal | $59,500.00 |
| 55.13. | **VL E. Lemon Creek Road Berrien Springs, MI 49103 Parcel No. 15-0016-0001-04-0 Value based on 8/2025 appraisal. 41 acres at $8500 each** | Fee Owner | $0.00 | Appraisal | $620,500.00 |
| 55.14. | **Outbuilding Construction (Chill Hill) *8589 Hollywood Road, Berrien Springs, MI 49103 (Value includes construction costs, materials, permits, etc. to-date) **8/2025 appraisal estimates the value of the completed winery at $1,400,000.** | Land Improvement | $743,853.02 | Book Value | $743,853.02 |
| 55.15. | **Grape Vines (with wood posts and wire trellis system) *Vines are located across 9 parcels of real property** | Land Improvement | $0.00 | Appraisal | $5,745,168.00 |

56. **Total of Part 9.**　　　　　　　　　　　　　　　　　　　| $10,379,784.02 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☑ Yes

Debtor    **Lakeview Vineyards, LLC**                                      Case number *(if known)* _____
          Name

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. **Trusts, equitable or future interests in property** | |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**Keller & Almassian, PLC IOLTA Trust Account (Legal Fee Retainer)** | **$8,940.00** |

| 78. **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$8,940.00** |
|---|---|

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor  **Lakeview Vineyards, LLC**
Name

Case number *(if known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $313.69 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ......................................> | | $10,379,784.02 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $8,940.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $9,253.69 | + 91b. $10,379,784.02 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $10,389,037.71 |

**Fill in this information to identify the case:**

Debtor name __**Lakeview Vineyards, LLC**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF MICHIGAN__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| **2.1** Baroda Township | Describe debtor's property that is subject to a lien | $9,998.01 | $655,744.00 |
|---|---|---|---|

Creditor's Name

**9091 First Street**
**Baroda, MI 49101**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2025-**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Real property located in Baroda Township**

Describe the lien
**Property Taxes**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.2** Greenstone Farm Credit | Describe debtor's property that is subject to a lien | $5,229,586.25 | $10,389,037.71 |
|---|---|---|---|

Creditor's Name

**3515 West Road**
**East Lansing, MI 48823**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**6/25/2024**
**Last 4 digits of account number**
**1400**
**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**Real property, all equipment, vehicles, crops, livestock, feed, etc (All Assets) of the Debtor**

Describe the lien
**UCC Financing Statement & Mortgage**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Debtor  **Lakeview Vineyards, LLC**
Name

Case number (if known) _____

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Greenstone Farm Credit** | | | | |
|---|---|---|---|---|---|

Creditor's Name

**3515 West Road**
**East Lansing, MI 48823**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**6/25/2024**

**Last 4 digits of account number**
**2700**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Real property, all equipment, vehicles, crops, livestock, feed, etc (All Assets) of the Debtor**

**Describe the lien**
**UCC Financing Statement & Mortgage**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,659,844.50    $10,389,037.71

---

| 2.4 | **Greenstone Farm Credit** | | | | |
|---|---|---|---|---|---|

Creditor's Name

**3515 West Road**
**East Lansing, MI 48823**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**6/25/2024**

**Last 4 digits of account number**
**4400**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Real property, all equipment, vehicles, crops, livestock, feed, etc (All Assets) of the Debtor**

**Describe the lien**
**UCC Financing Statement & Mortgage**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,740,087.89    $10,389,037.71

---

| 2.5 | **Oronoko Charter Township** | | | | |
|---|---|---|---|---|---|

Creditor's Name

**4583 E. Snow Road**
**PO Box 214**
**Berrien Springs, MI 49103**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Real property located in Oronoko Charter Township**

**Describe the lien**
**Property Taxes**

**Is the creditor an insider or related party?**

☑ No

$13,632.37    $3,235,019.00

---

Debtor   **Lakeview Vineyards, LLC**

Name                                              Case number (if known)

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**2025-**                                          ☐ No

**Last 4 digits of account number**               ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an**                 **As of the petition filing date, the claim is:**
**interest in the same property?**                Check all that apply

☐ No                                              ☐ Contingent

☐ Yes. Specify each creditor,                     ☐ Unliquidated
including this creditor and its relative
priority.                                         ☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $8,653,149.02 |

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Elizabeth M. Von Eitzen, Esq.**<br>**Warner Norcross + Judd LLP**<br>**1500 Warner Bldg**<br>**150 Ottawa Avenue NW**<br>**Grand Rapids, MI 49503** | Line  2.2 | |
| **Elizabeth M. Von Eitzen, Esq.**<br>**Warner Norcross + Judd LLP**<br>**1500 Warner Bldg**<br>**150 Ottawa Avenue NW**<br>**Grand Rapids, MI 49503** | Line  2.3 | |
| **Elizabeth M. Von Eitzen, Esq.**<br>**Warner Norcross + Judd LLP**<br>**1500 Warner Bldg**<br>**150 Ottawa Avenue NW**<br>**Grand Rapids, MI 49503** | Line  2.4 | |

**Fill in this information to identify the case:**

Debtor name **Lakeview Vineyards, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 **Nonpriority creditor's name and mailing address**<br>**Arrowhead Vineyards, LLC**<br>**7077 Lincoln Ave**<br>**Baroda, MI 49101**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Notice Only (Affiliate)**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.2 **Nonpriority creditor's name and mailing address**<br>**Can Capital Asset Servicing**<br>**1850 Parkway Place, Ste. 1150**<br>**Marietta, GA 30067**<br><br>**Date(s) debt was incurred  10/29/2024**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Notice Only Potential Guaranty**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |

**Part 3:**   List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Kenenth G. Laue DOJ-UST**<br>**125 Ottawa Avenue NW**<br>**Suite 200R**<br>**Grand Rapids, MI 49503** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 **Laura J. Genovich**<br>**Chapter 7 Trustee**<br>**1700 East Beltline NE**<br>**Suite 200**<br>**Grand Rapids, MI 49525** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |

49734

| Debtor | **Lakeview Vineyards, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Nutrien Ag Solutions, Inc.**<br>**c/o Elizabeth McLachlan, Esq.**<br>**412 S. Union Street**<br>**Traverse City, MI 49684** | Line **3.1**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **US Attorney's Office**<br>**PO BOX 208**<br>**Grand Rapids, MI 49501** | Line **3.1**<br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 0.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 0.00 |

**Fill in this information to identify the case:**

Debtor name **Lakeview Vineyards, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*  *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease** |
| | **\*All real property owned by Lakeview Vineyards, LLC** |
| State the term remaining | **Ongoing (Affiliate)** |
| List the contract number of any government contract | **Arrowhead Vineyards, LLC**<br>**7077 Lincoln Ave**<br>**Baroda, MI 49101** |

**Fill in this information to identify the case:**

Debtor name  **Lakeview Vineyards, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MICHIGAN

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

|  | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Arrowhead Vineyards LLC** | **c/o Michael Hanrahan, Esq. 25 Division Ave S., Ste. 500 Grand Rapids, MI 49503** | **Greenstone Farm Credit** | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.2 | **Arrowhead Vineyards LLC** | **c/o Michael Hanrahan, Esq. 25 Division Ave S., Ste. 500 Grand Rapids, MI 49503** | **Can Capital Asset Servicing** | ☐ D ____ ■ E/F __3.2__ ☐ G ____ |
| 2.3 | **Arrowhead Vineyards LLC** | **c/o Michael Hanrahan, Esq. 25 Division Ave S., Ste. 500 Grand Rapids, MI 49503** | **Greenstone Farm Credit** | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.4 | **Arrowhead Vineyards LLC** | **c/o Michael Hanrahan, Esq. 25 Division Ave S., Ste. 500 Grand Rapids, MI 49503** | **Greenstone Farm Credit** | ■ D __2.4__ ☐ E/F ____ ☐ G ____ |

Debtor  **Lakeview Vineyards, LLC**                              Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.5 | Daniel James Nitz | 8653 Hollywood Road<br>Berrien Springs, MI 49103 | Greenstone Farm Credit | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | Daniel James Nitz | 8653 Hollywood Road<br>Berrien Springs, MI 49103 | Greenstone Farm Credit | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Daniel James Nitz | 8653 Hollywood Road<br>Berrien Springs, MI 49103 | Greenstone Farm Credit | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Daniel James Nitz | 8653 Hollywood Road<br>Berrien Springs, MI 49103 | Can Capital Asset Servicing | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.9 | Nitz Bev LLC | 7707 Lincoln Ave<br>Baroda, MI 49101 | Greenstone Farm Credit | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Nitz Bev LLC | 7707 Lincoln Ave<br>Baroda, MI 49101 | Greenstone Farm Credit | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | Nitz Bev LLC | 7707 Lincoln Ave<br>Baroda, MI 49101 | Greenstone Farm Credit | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | Nitzco, LLC | 7707 Lincoln Avenue<br>Baroda, MI 49101 | Greenstone Farm Credit | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |

Debtor   **Lakeview Vineyards, LLC**                                        Case number *(if known)*

| ▉ Additional Page to List More Codebtors | |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.13 **Nitzco, LLC** | 7707 Lincoln Avenue<br>Baroda, MI 49101 | **Greenstone Farm Credit** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.14 **Nitzco, LLC** | 7707 Lincoln Avenue<br>Baroda, MI 49101 | **Greenstone Farm Credit** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.15 **Norma Jean Nitz** | 7707 Lincoln Avenue<br>Baroda, MI 49101 | **Greenstone Farm Credit** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.16 **Norma Jean Nitz** | 7707 Lincoln Avenue<br>Baroda, MI 49101 | **Greenstone Farm Credit** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.17 **Norma Jean Nitz** | 7707 Lincoln Avenue<br>Baroda, MI 49101 | **Greenstone Farm Credit** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.18 **Norma Jean Nitz** | 7707 Lincoln Avenue<br>Baroda, MI 49101 | **Can Capital Asset Servicing** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |

# United States Bankruptcy Court
## Western District of Michigan

In re    **Lakeview Vineyards, LLC** _____    Case No. _____
                                    Debtor(s)    Chapter    **12** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **February 25, 2026** _____    **/s/ Daniel Nitz** _____

                                    **Daniel Nitz**/**Member**
                                    Signer/Title

Date:    **February 25, 2026** _____    **/s/ Greg J. Ekdahl** _____
                                    Signature of Attorney
                                    **Greg J. Ekdahl P67768**
                                    **Keller & Almassian, PLC**
                                    **230 East Fulton**
                                    **Grand Rapids, MI 49503**
                                    **616-364-2100   Fax: 616-364-2200**

ARROWHEAD VINEYARDS LLC
C/O MICHAEL HANRAHAN, ESQ.
25 DIVISION AVE S., STE. 500
GRAND RAPIDS MI 49503


ARROWHEAD VINEYARDS, LLC
7077 LINCOLN AVE
BARODA MI 49101


BARODA TOWNSHIP
9091 FIRST STREET
BARODA MI 49101


CAN CAPITAL ASSET SERVICING
1850 PARKWAY PLACE, STE. 1150
MARIETTA GA 30067


DANIEL JAMES NITZ
8653 HOLLYWOOD ROAD
BERRIEN SPRINGS MI 49103


ELIZABETH M. VON EITZEN, ESQ.
WARNER NORCROSS + JUDD LLP
1500 WARNER BLDG
150 OTTAWA AVENUE NW
GRAND RAPIDS MI 49503


GREENSTONE FARM CREDIT
3515 WEST ROAD
EAST LANSING MI 48823


KENENTH G. LAUE DOJ-UST
125 OTTAWA AVENUE NW
SUITE 200R
GRAND RAPIDS MI 49503


LAURA J. GENOVICH
CHAPTER 7 TRUSTEE
1700 EAST BELTLINE NE
SUITE 200
GRAND RAPIDS MI 49525

NITZ BEV LLC
7707 LINCOLN AVE
BARODA MI 49101


NITZCO, LLC
7707 LINCOLN AVENUE
BARODA MI 49101


NORMA JEAN NITZ
7707 LINCOLN AVENUE
BARODA MI 49101


NUTRIEN AG SOLUTIONS, INC.
C/O ELIZABETH MCLACHLAN, ESQ.
412 S. UNION STREET
TRAVERSE CITY MI 49684


ORONOKO CHARTER TOWNSHIP
4583 E. SNOW ROAD
PO BOX 214
BERRIEN SPRINGS MI 49103


US ATTORNEY'S OFFICE
PO BOX 208
GRAND RAPIDS MI 49501